United States Courts
Southern District of Texas
FILED

JUL 31 2019

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § § | Criminal No. **19 CR 549** |
| JESUS CARDENAS-MILLAN | § § | |
| Defendant. | § | 3:20-mj-908-BK |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### Count One

On or about August 10, 2017, in the Houston Division of the Southern District of Texas,

**JESUS CARDENAS-MILLAN**

defendant herein, an alien who previously had been denied admission, excluded, deported, and removed from the United States after having been convicted of a felony, knowingly and unlawfully was present in the United States when found in Houston, Texas, without having obtained consent before March 2003, from the Attorney General of the United States to reapply for admission into the United States; and without having obtained corresponding consent after February 2003, from the Secretary of the Department of Homeland Security pursuant to 6 U.S.C. §§ 202(3) and (4) and 6 U.S.C. § 557.

In violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

                            A TRUE BILL:

                            ORIGINAL SIGNATURE ON FILE
                            FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
United States Attorney


By: _____
HAYS JENKINS, JR.
Assistant United States Attorney
1000 Louisiana, Suite 2300
Houston, Texas 77002
(713) 567-9000 Phone
(713) 718-3300 Fax